AARON D. FORD
  Attorney General
DENNIS W. HOUGH BAR # 11995
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendant*
*Kim Adamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH WILKINS, | Case No. 3:17-cv-00235-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Kenneth Wilkins, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

///
///
///
///
///
///
///
///
///
///

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court

2   settlement between the parties.  Pursuant to the Settlement Agreement and Full and

3   Final Release, each party shall bear its own attorneys' fees and costs.

4   DATED this /2 day of July, 2019.        DATED this /2 day of July, 2019.

5

6                                           AARON D. FORD

7                                           Attorney General

8

9   By:                                     By:

10      Kenneth Wilkins, Plaintiff #89171        Dennis Hough NVBAR # 11995)
        Plaintiff, *Pro Se*                       Deputy Attorney General
11                                                *Attorneys for Defendants*

12                                          IT IS SO ORDERED:

13

14                                          U.S. DISTRICT JUDGE

15                                          DATED: ___ August 9, 2019

16

17

18

19

20

21

22

23

24

25

26

27

28

2